LILLIAN M. TRAINOR v. BURLINGTON COUNTY BOARD OF
CHOSEN FREEHOLDERS.

June 23, 1987.

Petition for certification denied.  (See 216 *N.J.Super.* 289)


GRIER MAKSYMOVICH v. ERNEST C. SOFFRONOFF, M.D.

June 23, 1987.

Petition for certification denied.


NETTIE MONACO v. FAIR LAWN NURSING HOME, INC.

June 23, 1987.

Petition for certification denied.


STATE OF NEW JERSEY v. KARL L. IRVIN.

June 23, 1987.

Petition for certification denied.